**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 1668 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 210 DB 2010 |
| | : | |
| v. | : | Attorney Registration No. 33985 |
| | : | |
| HARRY VINCENT CARDONI, | : | (Luzerne County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of July, 2017, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Harry Vincent Cardoni is suspended on consent from the Bar of this Commonwealth for a period of five years, retroactive to December 28, 2010. Respondent shall comply with all provisions of Pa.R.D.E. 217 and shall pay the costs incurred by the Disciplinary Board in the investigation and prosecution of this matter.